**MICKMAN, R.**

v.

**MICKMAN, E.**

**1426 EDA 2016**

Superior Court of Pennsylvania.

07/20/2017

Reargument Denied 9/5/2017

03–06252 (Montgomery)

Affirmed

**MICKMAN, R.**

v.

**MICKMAN, E.**

**2097 EDA 2016**

Superior Court of Pennsylvania.

07/20/2017

Reargument Denied 9/5/2017

2003–06252 (Montgomery)

Affirmed

**COM.**

v.

**SALLAM, S.**

**1451 EDA 2016**

Superior Court of Pennsylvania.

07/20/2017

CP–51–CR–0006240–2011

CP–51–CR–0006241–2011

(Philadelphia)

Affirmed

**K.T.**

v.

**P.H.**

**1806 MDA 2016**

Superior Court of Pennsylvania.

07/20/2017

2010 FC 41013, (Lackawanna)

Affirmed